■ HELEN BLOUNT, Appellant, v STATE OF NEW YORK, Respondent.—Order unanimously affirmed without costs for rea-

sons stated in decision at Court of Claims, Corbett, J. (Appeal from order of Court of Claims, Corbett, J.—late notice of claim.) Present—Dillon, P. J., Boomer, Pine, Lawton and Lowery, JJ.